**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SWORDS TO PLOWSHARES,   C-01-5441 MJJ

        Plaintiff,   ORDER GRANTING STIPULATION

  v.
SAMUEL G. SMITH,

      The Stipulation and proposed Order granting in part and denying in part defendant's motion to dismiss plaintiff's claim for relief pursuant to F.R.C.P. 12(b)(6) is granted.

Dated: 8/20/02   /s/_____
                                                Martin J. Jenkins
                                                United States District Judge